# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0712, <u>Michael Cohen v. Elizabeth Bielecki & a.</u>, the court on January 25, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The plaintiff, Michael Cohen, appeals orders of the Superior Court (<u>Ignatius</u>, J.) dismissing his complaint seeking damages, injunctive relief, and declaratory relief against the defendants, the New Hampshire Department of Safety and several individuals associated with it, for alleged violations of his rights to due process under the State and Federal Constitutions, and denying his motion for reconsideration. The plaintiff argues that, in dismissing his complaint, the trial court erred by (1) not finding that certain relevant language on a traffic citation he received was ambiguous; (2) not applying certain federal case law in addressing his federal due process arguments, and instead relying upon a federal decision that he asserts is distinguishable; (3) not engaging in a separate State constitutional analysis, but instead applying the same federal case law to his State constitutional claims; (4) making findings of fact that he claims the trial court was not entitled to make on a motion to dismiss; and (5) finding that he had not established a constitutional tort that was recoverable under RSA chapter 541-B. We affirm.

As the appealing party, the plaintiff has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned orders, the plaintiff's challenges to the trial court's orders and the defendants' responsive arguments, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Hantz Marconi, Donovan, and Countway, JJ., concurred.

Timothy A. Gudas,
Clerk